In the Matter of the Claims of John Jansen and Another, Respondents, against The Harlem Valley Electric Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to

the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.